**Fill in this information to identify the case:**

Debtor 1        CANIECE MARIE RHYNE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN District of  MISSOURI

Case number    17-41359-can13

Official Form 410S2

# Notice of Post-petition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.**  See Bankruptcy Rule 3002.1.

**Name of creditor:**  LeaderOne Financial Corporation          **Court claim no.** (if known):  4

**Last 4 digits** of any number you use to
identify the debtor's account:  1759

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice:  ___ / ___ / ___

| Part 1: | Itemize Post-petition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney fees | 05/30/2017 (Plan/Case Review), 09/18/2017 (Fee Notice) | (3) $ | 125.00 |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 08/02/2017 (POC/Payment History Preparation) | (5) $ | 325.00 |
| 6. Appraisal/broker's price opinion fee | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: _____ | | (10) $ | |
| 11. Other. Specify: _____ | | (11) $ | |
| 12. Other. Specify: _____ | | (12) $ | |
| 13. Other. Specify: _____ | | (13) $ | |
| 14. Other. Specify: _____ | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Caniece Marie Rhyne                          Case number (*if known*) 17-413590-can13

---

| Part 2: | **Sign Here** |

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Executed on date  09/18/2017
                            MM / DD / YYYY


        */s/Carrie D. Mermis*,   Bar # 59388
        Signature


Print        Carrie                  D.                    Mermis
             First name             Middle name            Last name

Title        Attorney

Company      Martin Leigh PC
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      1044 Main Street, Suite 900      Kansas City      MO        64105
             Number          Street           City             State     ZIP Code

Contact phone   816.221.1430              Email    cdm@martinleigh.com

---

# UNITED STATES BANKRUPTCY COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Post-petition Mortgage Fees, Expenses, and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 09/18/2017

| | |
|---|---|
| **Chapter 13 Trustee Name:** | Richard Fink |
| **Chapter 13 Trustee Address:** | Suite 1200, 2345 Grand Blvd., Kansas City, MO 64108-2663 |
| **U.S. Trustee Name:** | Office of the U.S. Trustee |
| **U.S. Trustee Address:** | 400 E. 9th Street, Suite 3440, Kansas City, MO 64106 |
| **Debtor's Counsel Name:** | William P. Turner, WM Law, P.C. |
| **Debtor's Counsel Address:** | 15095 W. 116th Street, Olathe, KS 66062 |
| **Debtor 1 Name:** | Caniece Marie Rhyne |
| **Debtor 2 Name:** | |
| **Debtor's Mailing Address:** | 10608 E 79th Terrace, Raytown, MO 64138 |

*/s/Carrie D. Mermis, #59388*