MOW 2016-1.2 (12/2016)

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:** CANIECE MARIE RHYNE       )     Case No.  17-41359

                  )

          DEBTOR   )

## MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

X          Defense of Motions to Dismiss - $250
                Date Response filed: 6/5/2018
X          Motions to Suspend or Abate Payments - $250
                Date Application/Motion filed 6/7/2018
X          Motions for Emergency Hearing - $150
                Date Motion filed 6/7/2018

The services indicated above having been completed, additional compensation is hereby requested in the amount of $650.00, and expenses in the amount of $0.00.

**I hereby certify that the services referenced in this motion were actually provided after confirmation (7/21/2017) of the plan in this case.**

Date                      /s/ Jeffrey L. Wagoner
                              Jeffrey L. Wagoner KS17489/MO44365
                              15095 W. 116th Street
                              Olathe, KS  66062
                              (913) 422-0909; Fax: (913) 428-8549
                              bankruptcy@wagonergroup.com
                              ATTORNEY FOR DEBTOR(S)

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, this Friday, June 15, 2018
Marie Rhyne, 10608 E 79th Terrace, Raytown, MO 64138
Court Address: United States Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

                              /s/ Jeffrey L. Wagoner