## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:**  CANIECE MARIE RHYNE                )          Case No.  17-41359

                                                             )

                                      DEBTOR     )

## MOTION FOR POST-CONFIRMATION FEES

      In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

\_\_\_X_____ Copy Expenses (Number of Copies Multiplied by $.25)
                Document Copied -Motion to Suspend Plan Payments- .$50
                **Date:** 3/9/2018
\_\_\_X_____ Postage Expenses (Postage Rate Multiplied by Number of Items Mailed)
                Document Mailed -Motion to Suspend Plan Payments- $2.50
                **Date:** 3/9/2018

      The services indicated above having been completed, additional compensation is hereby requested in the amount of $0, and expenses in the amount of $5.85.

      **I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

Dated: July 26, 2018              Respectfully submitted,
                       WM Law

                       /s/ William P. Turner
                       William P. Turner, MO #KS00014671
                       15095 W. 116th St.
                       Olathe, KS 66062
                       Phone (913) 422-0909 / Fax (913) 428-8549
                       turner@wagonergroup.com
                       ATTORNEY FOR DEBTORS

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, this Thursday, July 26, 2018

[List name and address of debtor & other parties served]
United States Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106


                                                            /s/ William P. Turner