B-2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT of MISSOURI

| | | |
|---|---|---|
| IN RE: | §<br>§<br>§<br>§ | CASE NO.<br>17-41359-can13 |
| CANIECE MARIE RHYNE | | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ANTERO CAPITAL, LLC | Check Into Cash |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

ANTERO CAPITAL, LLC
PO BOX 1931
BURLINGAME, CA 94011-1931

Court Claim # (if known): 3
Amount of Claim: $ 625.00
Date Claim Filed: 6/23/2017

Phone: (650) 288-3851
Last Four Digits of Acct #: 5852

Phone: (423) 478-6605
Last Four Digits of Acct.#: 5852

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Manuel Quiogue                    Date:                08/24/2018

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 4, 2018 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*

CANIECE MARIE RHYNE
10608 E 79TH TER
RAYTOWN, MO 64138

**Debtors' Attorney**
WILLIAM P. TURNER
15095 W 116TH ST
OLATHE, KS 66062

**Chapter 13 Trustee**
RICHARD FINK
2345 GRAND BLVD STE 1200
KANSAS CITY, MO 64108

Respectfully Submitted,

/s/  Manuel Quiogue

Manuel Quiogue

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE